PER CURIAM:
11Writ granted. The District Court erred when it rejected the Commissioner’s Recommendation that it order DNA testing conducted in relator’s case. See, e.g., State v. Debrow, 13-1814 (La. 5/23/14), 138 So.3d 1229; State ex rel. Ford v. State, 12-1860 (La. 2/8/13), 107 So.3d 640; State ex rel. Tran v. State, 12-1275 (La. 10/8/12), 99 So.3d 1005; State ex rel. Jackson v. State, 11-0394 (La. 5/25/12), 90 So.3d 384; State v. Stokes, 10-1387 (La. 2/11/11), 56 So.3d 1008.
KNOLL, J., would deny.
CLARK, J., dissents and assigns reasons.
CRICHTON, J., would deny.
|, KNOLL, J., would deny.